In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00067-CV

                                                ______________________________

 

 

 

                              IN THE INTEREST OF
K.K.M., A CHILD

 

 

                                                                                                  


 

 

                                       On Appeal from the 307th
Judicial District Court

                                                             Gregg County, Texas

                                                      Trial Court No. 2009-297-DR

 

                                                    
                                              

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            David
McAdoo, appellant, filed his amended notice of appeal July 16, 2010.

            McAdoo
has not filed a docketing statement with this Court, see Tex. R. App. P.
32, nor has he paid a filing fee or made any claim of indigency.  See
Tex. R. App. P. app. A (B)(1);
20.1.  There is no information to
indicate McAdoo has made efforts to have either the clerk’s record or reporter’s
record filed with this Court.  On August
23, 2010, we contacted McAdoo by letter, giving him an opportunity to cure the
various defects, and warning him that if we did not receive an adequate
response within ten days, this appeal would be subject to dismissal for want of
prosecution.  See Tex. R. App. P. 42.3(b),
(c).

            We
have received no communication from McAdoo. 
Pursuant to Tex. R. App. P.
42.3(b), we dismiss this appeal for want of prosecution.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          September 20, 2010

Date Decided:             September 21, 2010